# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.   13-cv-03132-REB-CBS

BRADLEY W. JUSTICE,

    Plaintiff,

v.

JOSEPH J. SAJCZUK, a Trooper of the Colorado State Patrol, in his individual capacity,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Joint Stipulated Motion to Dismiss With Prejudice** [#30][1] filed April 28, 2014.  After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Stipulated Motion to Dismiss With Prejudice** [#30] filed April 28, 2014, is **GRANTED**;

    2.  That the combined Final Pretrial Conference and Trial Preparation Conference set December 19, 2014, are **VACATED**;

    3.  That the jury trial set to commence January 5, 2015, is **VACATED**; and

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 28, 2014, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge